**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **KENNETH LAMAR GRIFFIN,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-0717** |
| | : | |
| **LAURA WILLIAMS, *et al.*,** | : | |
| **Defendants.** | : | |

**ORDER**

AND NOW, this 13th day of August, 2026, upon consideration of Defendants' Motion to Dismiss (ECF No. 15) and Plaintiff Kenneth Lamar Griffin's Response thereto (ECF No. 23), it is **ORDERED** that:

1. The Motion is **DENIED** for the reasons stated in the Court's accompanying Memorandum.

2. Defendants shall file a responsive pleading within fourteen (14) days of the date of this Order.

**BY THE COURT:**

**/s/ Hon. Kelley B. Hodge**

**KELLEY BRISBON HODGE, J.**